IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-40825
_____

ELLIOTT WILLIAMS,

                                                                               Plaintiff - Appellant

v.

JEFFREY CATOE, Senior Warden, Coffield Unit; WILLIAM WHEAT, Major of Security, Coffield Unit; PAMELA PACE, Practice Manager, UTMB, Coffield Unit; JACINTA ASSAVA, Nurse Practioner, UTMB, Coffield Unit; JANE AND JOHN DOE; DOCTOR PAUL W. SHRODE; VICKI WHITE,

                                                                               Defendants - Appellees

_____

Appeal from the United States District Court
for the Eastern District of Texas
_____

Before STEWART, Chief Judge, JONES, SMITH, DENNIS, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT and OLDHAM, Circuit Judges.

BY THE COURT:

     A member of the court having requested a poll on defendants-appellees' motion for initial hearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

     IT IS ORDERED that this cause shall be heard by the court en banc with argument on a date hereafter to be fixed.

     IT IS FURTHER ORDERED that plaintiff-appellant's motion for appointment of counsel is GRANTED.

     IT IS FURTHER ORDERED that plaintiff-appellant's motion to allow

attachment to brief as supplement is DENIED.

The Clerk will specify a briefing schedule for the filing of supplemental briefs when counsel is appointed.